IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00727-CMA-MEH

DELISA HAMILTON-MATTHEWS,

    Plaintiff,

v.

GEO CORRECTIONS AND DETENTION, LLC,

    Defendant.

___

## MINUTE ORDER
___

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 12, 2016.**

    Before the Court is Plaintiff's "Motion for Order" [filed February 10, 2016; docket #38], which the Court **denies as moot**. The document filed is actually Plaintiff's "First Set of Interrogatories, Requests for Production of Documents[,] and Requests for Admission to Defendant," a discovery request on which the Court need not act. The Court reminds Plaintiff that her discovery requests should not be filed with the Court pursuant to D.C. Colo. LCivR 5.3(a).