IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:15-cv-00727-CMA-MEH | Date: | March 22, 2016 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*                                                  *Counsel:*

DELISA HAMILTON-MATTHEWS                     Pro se

　　Plaintiffs,

v.

GEO CORRECTIONS AND DETENTION, LLC      Shelby Fenton

　　Defendant.

---

**COURTROOM MINUTES**
**MOTION HEARING**

---

**9:38 a.m.**     **Court in session.**

Court calls case. Plaintiff appeared, pro se. Appearance of counsel for the defendant.

**ORDERED**:     Following oral argument, the [42] First MOTION to Compel by Plaintiff Delisa Hamilton-Matthews is DENIED.

**11:00 a.m.**     **Court in recess.**     Hearing concluded.
Total in-court time     00:22

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.